FILED
CLERK U.S. DISTRICT COURT
AUG 24 2022
CENTRAL DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff,

vs.

Juan Jose Zeledon Defendant.

Case No.: 8:22-MJ-00583

ORDER OF DETENTION AFTER HEARING
[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)]

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the S. Dist. CA, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on substance use, multiple prior warrants + probation violations

and/or

B. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on criminal history (including repeat convictions for DUI and driving without a valid license); substance use; state probation violations showing not amenable to supervision; instant allegations

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 8/24/22

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE